# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00244-01-CR-W-SRB |
| ) | |
| RUBIN L. TAYLOR, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before this Court is Magistrate Judge Lajuana M. Counts's Report and Recommendation (Doc. #42) to deny Defendant Rubin L. Taylor's Motion to Suppress Evidence (Doc. #21). Objections to the Report and Recommendation were due on or before February 7, 2019, but no objections were filed. After an independent review of the record, the applicable law, and the parties' arguments, the Court **ADOPTS** the Report and Recommendation (Doc. #42).

Accordingly, it is hereby **ORDERED** that the Report and Recommendation (Doc. #42) be attached to and made a part of this Order. Defendant Rubin L. Taylor's Motion to Suppress Evidence (Doc. #21) is **DENIED**.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: February 8, 2019